Below is the Order of the Court.

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re

SKAGIT GARDENS, INC. *et al.*[1]
3100 Old Highway 99 South
Mount Vernon, WA  98273
80-0161154,

                              Debtors.

No. Lead Case No. 16-12879

*EX PARTE* ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)

**[CLERK'S ACTION REQUIRED]**

THIS MATTER came before the Court on the *ex parte* motion ("Motion") of Skagit Gardens, Inc., *et. al.*, the above-captioned debtors-in-possession ("Debtors") for entry of an order, pursuant to Bankruptcy Rule 1015(b), directing the joint administration of the Debtors' Chapter 11 cases under the lead case of In re Skagit Gardens, Inc., case number 16-12879.  The Court has reviewed the files

---

[1] The Debtors are Skagit Gardens, Inc., Skagit RESPE LLC, Skagit TPPSPE LLC, and Skagit Real Estate Holdings, LLC.

*EX PARTE* ORDER DIRECTING JOINT
ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES
PURSUANT TO BANKRUPTCY RULE 1015(b)
– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1   and records herein and finds that the requested relief is in the best interest of the Debtors' estates, their

2   creditors, and other parties in interest.

3   Now, therefore, it is hereby

4   **ORDERED as follows**:

5       1.      The Motion is granted;

6       2.      The following bankruptcy cases shall be and are hereby administratively consolidated

7   under the lead case In re Skagit Gardens, Inc., Case No. 16-12879:

8               a.      In re Skagit RESPE LLC, Case No. 16-12885;

9               b.      In re Skagit TPPSPE LLC, Case No. 16-12887; and

10              c.      In re Skagit Real Estate Holdings, LLC, Case No. 16-12881.

11                              / / /End of Order/ / /

12  Presented by:

13  BUSH STROUT & KORNFELD LLP

14

15  By /s/ Aimee S. Willig
       Aimee S. Willig, WSBA #22859
16  Attorneys for Skagit Garden, Inc., et. al.
    Debtors-in-Possession

17

18

19

20

21

22

23

*EX PARTE* ORDER DIRECTING JOINT
ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES
PURSUANT TO BANKRUPTCY RULE 1015(b)
– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2069 20141 ac2330034e