HONORABLE CHRISTOPHER M. ALSTON

HEARING DATE: WEDNESDAY, JUNE 1, 2016
HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 7206
RESPONSES DUE: AT TIME OF HEARING

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

SKAGIT GARDENS, INC. *et al.*[1]
3100 Old Highway 99 South
Mount Vernon, WA 98273
80-0161154,

        Debtors.

Lead Case No. 16-12879

DECLARATION OF HANNAH SCHMIDT IN SUPPORT OF MOTION TO USE CASH COLLATERAL

HANNAH SCHMIDT declares as follows:

1. I am a Certified Public Accountant ("CPA"), a Certified Insolvency and Restructuring Advisor ("CIRA"), and have worked with Hamstreet & Associates, LLC since 2009 working with companies in numerous out-of-court restructuring and Chapter 11 cases. I have served as a Chief Restructuring Officer and as an interim Chief Financial Officer to various companies during this time,

---

[1] The Debtors are Skagit Gardens, Inc., Skagit RESPE LLC, Skagit TPPSPE LLC, and Skagit Real Estate Holdings, LLC.

DECLARATION OF HANNAH SCHMIDT IN SUPPORT OF
MOTION FOR USE OF CASH COLLATERAL – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2069 20141 ae26cs00z6

Case 16-12879-CMA   Doc 17   Filed 05/27/16   Ent. 05/27/16 17:28:39   Pg. 1 of 3

in addition to providing services as a financial advisor. I have personal knowledge of the facts set forth herein and am competent to testify to the same.

2. Prior to joining Hamstreet & Associates, I worked in public accounting as an audit manager. Since joining Hamstreet & Associates, I have worked extensively with companies experiencing financial distress, including many in Chapter 11 cases. I regularly work with companies and their management to prepare financial projections and detailed cash budget in contexts where funds are limited.

3. I first worked closely with the Skagit Gardens management team during 2014, spending 4-5 months on site during their restructuring efforts completed during that year, providing significant financial services and support. During this time, I learned the financial and operational details of the Company's business in depth. In late 2015, I again began working extensively with the Company, which has continued uninterrupted to the present. As a result of my past experience, I am intimately familiar with Skagit Gardens' operations, its finances, its business relationships with lenders, vendors and suppliers, and the cash flow issues it experiences throughout its year, including during its busy spring season.

4. Specifically, I am extremely familiar with the seasonality issues of the business, including accounts receivable collections, inventory valuations, customer issues, vendor/supplier issues, expenses incurred, shipping relationships and costs, license and royalty arrangements, and other material aspects of the business.

5. Attached hereto as Exhibit A is a Cash Budget I was responsible for preparing, in conjunction with Skagit Gardens' management, to project revenues and expenses, on a cash basis, during a Chapter 11 bankruptcy case. I worked closely with various members of the management team to accurately project the revenues and expenses contained in the Cash Budget.

DECLARATION OF HANNAH SCHMIDT IN SUPPORT OF
MOTION FOR USE OF CASH COLLATERAL – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2069 20141 ae26cs00z6
Case 16-12879-CMA    Doc 17    Filed 05/27/16    Ent. 05/27/16 17:28:39    Pg. 2 of 3

6. Due to the wet winter and the warm spring, Skagit Gardens has enjoyed a strong growing season with strong sales during 2016, thus far. Its primary challenge has been the lack of working capital available to it due to Aequitas Capital's inability to fund over $800,000 of the committed $1,200,000 seasonal line it committed to prior to the season. Nevertheless, the Company's sales have been strong and it is position to continue performing in a manner consistent with the Cash Budget.

7. I declare under penalty of perjury under the laws of the state of Oregon that the foregoing information is true and correct.

Dated this 27th day of May, 2016.

/s/ Hannah Schmidt
Hannah Schmidt

DECLARATION OF HANNAH SCHMIDT IN SUPPORT OF
MOTION FOR USE OF CASH COLLATERAL – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2069 20141 ae26cs00z6
Case 16-12879-CMA    Doc 17    Filed 05/27/16    Ent. 05/27/16 17:28:39    Pg. 3 of 3