HONORABLE CHRISTOPHER M. ALSTON

HEARING DATE: FRIDAY, JULY 8, 2016
HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 7206
RESPONSES DUE: FRIDAY, JULY 1, 2016

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

SKAGIT GARDENS, INC. *et al.*[1]
3100 Old Highway 99 South
Mount Vernon, WA 98273
80-0161154,

                    Debtors.

Lead Case No. 16-12879

NOTICE OF HEARING ON MOTION
FOR ORDER ESTABLISHING
PROCEDURES FOR INTERIM
PAYMENT OF FEES AND COSTS TO
PROFESSIONALS

TO:             THE CLERK OF THE COURT
AND TO:         THE HONORABLE CHRISTOPER M. ALSTON
AND TO:         PARTIES-IN-INTEREST
HEARING DATE:   FRIDAY, JULY 8, 2016
HEARING TIME:   9:30 A.M.
RESPONSE DUE:   FRIDAY, JULY 1, 2016
LOCATION:       UNITED STATES BANKRUPTCY COURT, COURTROOM 7206, U.S.
                COURTHOUSE, 700 STEWART STREET, SEATTLE, WA 98101

        PLEASE TAKE NOTICE that Skagit Gardens, Inc., Skagit RESPE LLC, Skagit TPPSPE
LLC, and Skagit Real Estate Holdings, LLC, the above-captioned debtors-in-possession ("Debtors"),
have filed a motion with the Court pursuant to Bankruptcy Code sections 105(a), 330, and 331 and

---

[1] The Debtors are Skagit Gardens, Inc., Skagit RESPE LLC, Skagit TPPSPE LLC, and Skagit Real Estate
Holdings, LLC.

NOTICE OF HEARING ON MOTION FOR ORDER
ESTABLISHING PROCEDURES FOR INTERIM PAYMENT
OF FEES AND COSTS TO PROFESSIONALS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1  Bankruptcy Rule 2016 for an Order establishing procedures for interim payment of fees and costs to
   professionals whose retention by the Debtors and the Unsecured Creditors Committee have been
2  approved by the Court.

3      The Motion and supporting documents are on file with the above-captioned Court.  Any party
   desiring information as to the details may request the same from the Clerk of the Court or from the
4  undersigned counsel.

5      IF YOU OPPOSE the relief requested in the Motion, you must file your written response with
   the Court Clerk, serve two copies on the Judge's chambers, and deliver copies to the undersigned
6  counsel NO LATER THAN FRIDAY, JULY 1, 2016.

7      DATED this 3rd day of June, 2016.

8                                          BUSH KORNFELD LLP

9

10                                         By /s/ Armand J. Kornfeld
                                              Armand J. Kornfeld, WSBA #17214
                                           Attorneys for Debtors-in-Possession
11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF HEARING ON MOTION FOR ORDER
ESTABLISHING PROCEDURES FOR INTERIM PAYMENT
OF FEES AND COSTS TO PROFESSIONALS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2069 20141 af03ek03gd